UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**LILA BANKS,**

    **Plaintiff,**

    v.

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

    **Civil Action 2:10-cv-00317**
    **Judge James L. Graham**
    **Magistrate Judge E.A. Preston Deavers**

## ORDER

This matter is before the Court for consideration of the July 12, 2011 Report and Recommendation of the Magistrate Judge. (ECF No. 20.) The Magistrate Judge recommended that the Court affirm the decision of the Commissioner of Social Security.

The Report and Recommendation of the Magistrate Judge specifically advises parties that the failure to object to the Report and Recommendation within fourteen days results in a "waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court." (Report & Recommendation 23–24, ECF No. 20.) The time period for filing objections to the Report and Recommendation has expired. No party has objected to the Report and Recommendation.

The Court reviewed the Report and Recommendation of United States Magistrate Judge Elizabeth A. Preston Deavers, to whom this case was referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and that the time for filing such objections has expired,

the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge.  Accordingly, the Court **AFFIRMS** the decision of the Commissioner of Social Security.  The Clerk is **DIRECTED** to enter **JUDGMENT** in favor of the Commissioner of Social Security.

 **IT IS SO ORDERED.**

 S/ James L. Graham
 James L. Graham
 UNITED STATES DISTRICT COURT

Date: August 5, 2011